■ In the Matter of the Estate of ALFRED JACOBSEN, Deceased. MARY M. JACOBSEN, Appellant; J. FRANKLIN VAN DEREN et al., as Executors of ALFRED JACOBSEN, Deceased, et al., Respondents.— Decree entered on May 9, 1969, unanimously affirmed, on the opinion of Silverman, S., with costs to all parties filing briefs, payable out of the estate. No opinion. Concur — Tilzer, J. P., McGivern, Markewich, McNally and Steuer, JJ. [61 Misc 2d 317.]